HERBERT W. CRAMP, Respondent, v. CHESTER A. DADY et al., Respondents, and ALICE A. DAVIS et al., Appellants.

*Cramp* v. *Dady*, 152 App. Div. 937, affirmed.
(Argued April 16, 1913; decided May 6, 1913.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 25, 1912, which denied a motion for a new trial made upon a case and exceptions, under section 1001 of the Code of Civil Procedure, after the entry of a judgment in an action of partition determining the rights of the various parties to the action.

The following question was certified: "Has the Appellate Division of the Supreme Court jurisdiction to review

the judgment of the County Court of Queens county, made and entered in this action on the 26th day of February, 1912, upon a motion for a new trial made upon exceptions, pursuant to the provisions of section 1001 of the Code of Civil Procedure by the defendants Benjamin Bedell and others ? "

*Harry W. Moore* and *Wilmot L. Morehouse* for appellants.

*Edward L. Frost* and *C. Lansing Hays* for respondents.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.